JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11    HAROLD ANTHONY                    Case No. 2:22-cv-06207-CAS-SSC
12    PARKINSON,
13                            Petitioner,
14                                       **JUDGMENT**
               v.
15
      DAVID HOLBROOK, Warden,
16
                            Respondent.
17
18

19
20        Pursuant to the Order Accepting Findings, Conclusions, and
      Recommendations of United States Magistrate Judge, IT IS
21
      ADJUDGED that the first amended petition is denied and this action is
22
      dismissed with prejudice.
23
      DATED: November 22, 2024
24
25                              _Christine A. Snyder_
26        _____              _____
27             HONORABLE CHRISTINA A. SNYDER
                 UNITED STATES DISTRICT JUDGE
28